UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

MONZER AL KASSAR,
    a/k/a/ "Abu Munawar,"
    a/k/a "El Taous,"
TAREQ MOUSA AL GHAZHI, and
LUIS FELIPE MORENO GODOY,

                Defendants.

Case No.: S3 07 Cr. 354 (JSR)

---

## STIPULATION FOR SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that Roger L. Stavis, Esq. of the law firm of Gallet Dreyer & Berkey, LLP shall be substituted for Jennifer Brown, Esq., as counsel for the defendant, Luis Felipe Moreno Godoy. Facsimile copies of this stipulation shall be acceptable.

Dated: New York, New York
January 7, 2008

Roger L. Stavis, Esq.
GALLET DREYER & BERKEY, LLP
845 Third Avenue, 8th Floor
New York, New York 10022
Tel.  (212) 935-3131
Fax  (212) 935-4514
rls@gdblaw.com

Jennifer Brown, Esq.
Federal Defender Division
The Legal Aid Society
52 Duane Street, 10th Floor
New York, New York 10007
Tel.  (212) 417-8700
Fax  (212) 571-0392

W:\20062\001\lit\00148297.WPD

Luis Felipe Moreno Godoy