UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                           Plaintiff,                              AFFIRMATION

     -against-

                                                                    S3 07 CR 354 (JSR)

MONZER AL KASSAR, a/k/a "Abu Munawar,"
a/k/a "El Taous, TAREQ MOUSA AL GHAZI
and LUIS FELIPE MORENO GODOY,

                           Defendants.
------------------------------------------------------------X

       ROGER L. STAVIS, an attorney duly admitted to practice before this Court, hereby affirms, under penalty of perjury that the following is true:

       1.     I am a partner in the law firm, Gallet Dreyer & Berkey, LLP, attorneys for the defendant, Luis Felipe Moreno Godoy, and am fully familiar with the facts and circumstances of the instant case.

       2.     This affirmation is submitted in support of our motions, pursuant to Rule 12(b)3 of the Federal Rules of Criminal Procedure, seeking an order: 1) dismissing Count One for facial insufficiency; 2) dismissing Count Two for lack of jurisdiction; 3) dismissing Count Three for facial insufficiency; 4) dismissing Count Four because the statute on which it is based violates the Due Process Clause of the Fifth Amendment; 5) compelling the Government to disclose pre-disposition evidence under the same terms as required under Rule 404(b); 6) granting permission to join motions filed on behalf of the co-defendant; and 7) granting such other, further and different relief as this Court deems just and proper.

       3.     The relief sought should be granted in all respects for the reasons fully

00155054.WPD;1

explained in the memorandum of law which accompanies the instant motion.

        WHEREFORE, the motions should be granted in all respects.

Dated: New York, New York
      March 31, 2008

                                                      Roger L. Stavis