UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-                              **ORDER**

LUIS FELIPE MORENO GODOY,        S3 07 CR. 354 (JSR)

              Defendant.

------------------------------------------------------X

RAKOFF, J.

    Upon the application of the Defendant, and after hearing argument from the parties, including counsel for the Metropolitan Correctional Center, it is hereby **ORDERED**, on consent,

    THAT EMILY TELL BE PERMITTED TO VISIT WITH THE DEFENDANT, LUIS FELIPE MORENO GODOY, REGISTER NUMBER 60461-054, AS A LEGAL VISITOR ON A WEEKLY BASIS FOR THREE HOURS PER WEEK PROVIDED THAT MS. TELL SENDS A LETTER TO THE MCC LEGAL DEPT. AT LEAST 24 HOURS IN ADVANCE OF EVERY VISIT.

                                  SO ORDERED

                                  Jed S. Rakoff
                                  U.S.D.J

Dated: New York, New York
       April 10, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-10-08