# EXHIBIT C

| | |
|---|---|
| CS1: Ok my dear | م س1: اوكيه حبيبي |
| Al Ghazi: Bye bye | الغزي: باي باي |
| CS1: OK | م س1: أوكيه |
| Al Ghazi: That's it, till we meet. | الغزي: هادا الشي إلى اللقاء |

DRAFT TRANSCRIPT

CASE: UNITED STATES v. MONZER AL KASSAR et al.

CALL NO: N 41 Rec 06

TIME:

DATE: 3/6/2007

TEL. NO.:

PARTICIPANTS:
CONFIDENTIAL INFORMANT 1 (CS 1)
CONFIDENTIAL INFORMANT TWO (CS 2)
CONFIDENTIAL INFORMANT THREE (CS 3)
MONZER AL KASSAR
FELIPE MORENO
TARIQ AL GHAZI
UNIDENTIFIED MALES
UNIDENTIFIED FEMALE

ABBREVIATIONS:
[U/I] = UI in English
[I/I] = UI in Spanish
[PH] = Phonetic Spelling
// = Voices Overlap

N41- Rec 06-Samir/TAG- 3/6/07

| | |
|---|---|
| CS1: Good evening | م س1: مسيك بالخير |
| Al Ghazi: Good evening | الغزي: أهلا مساء النور |
| CS1: What are you doing? | م س1: شو بتساوي؟ |
| Al Ghazi: Well, I'm listening to "Abdelhalim Hafez" Translator: a famous Egyptian singer. | الغزي: والله قاعد عم بسمع عبد الحليم حافظ |
| CS1: You & Kazim? | م س1: إنت وكاظم؟ |
| Al Ghazi: No, no. I'm alone. | الغزي: لا لا وحدي |
| CS1: Alone? How lucky! Where's the "asshole" (in Turkish) gone? | م س1: لوحدك، نيالك. وين (البزونك) وين راح؟ |
| Al Ghazi: He maybe sleeping. It's afternoon. He went down a bit ago to pray "Asr" Translator: Afternoon prayer. | الغزي: يمكن نايم هلق العصر، وما هو نزل قبل شوي وصلى العصر |
| CS1: So, this guy prays and fucks? What is going on? | م س1: أه بيصلي وبينيك هالزلمة! شو الحكاية؟ |
| Al Ghazi: What is he going to do? He is a nice guy and she's /UI/ | الغزي: ايه يعني شو بدو يعمل هو ابن حلال وهيه (غير مفهوم) |
| CS1: My brother… | م س1: يا أخي |
| Al Ghazi: Yeah? | الغزي: ايه؟ |
| CS1: I swear the people are sending their regards to you, especially Louis, he spoke to me… | م س1: والله الجماعة بسلموا عليك خاصة لويس حكى معي |
| Al Ghazi: God's will everything is OK? | الغزي: إنشا الله كل شي تمام؟ |
| CS1: Everything is fine, they requested with the shipment some stuff; smaller but so much important…/Mumbling/ you know… the C4…that stuff… | م س1: كل شي تمام. طلبوا طلبوا بالشحنة شغلات إيه أصغر كمان بس أهم بكتير من تعرف له ال"سي فور" السي فور ها لشغلات؟ |
| Al Ghazi: /Overlapping/ Yeah | الغزي: (مقاطعا) ايه |
| CS1: Yeah | م س1: إيه |
| Al Ghazi: Yeah | الغزي: ايه |
| CS1: And everything is fine, but I just wanted to give you some peace of mind as I promised you… | م س1: وكل شي تمام بس حبيت اطمنك لأنو وعدتك إني راح أطمنك بس بحكي معك |
| Al Ghazi: Then when? When? I have been here for a month. | الغزي: طب ايمتى؟ ايمتى يعني؟ ما أنا صار لي شهر هلق لحالي |
| CS1: Don't complain about it. A month? You are staying in Spain not Sidon! We are in the same situation. Your status is better than mine anyways. | م س1: ما تعيفش حالك. شهر، ما أنت قاعد بإسبانيا يا أخي قاعد بي بي هلاا صيدا مثلي متلك أنت قاعد أحسن مني عاكل حال. |
| Al Ghazi: No, no my uncle, it's all about the family, they drove me mad, come back.. Come back.. | الغزي: يا عمي لا لا بس مشان العيلة ضيقوا اخلاقي تعال تعال |
| CS1: No stay, stay.. | م س1: لا خليك خليك |

| | |
|---|---|
| Al Ghazi: Then when is the soonest opportunity? | الغزي: ايه يعني ايمتى يعني بأقرب فرصة؟ |
| CS1: Last chance? No, not last chance. Wake up and don't tell me "last chance"; stay put. | م س1: أخر فرصة؟ لا مفيش أخر فرصة اصحى تقلي أخر فرصة خليك خلص |
| Al Ghazi: No, no, I am asking about the soonest opportunity. | الغزي: لأ ايمتى أقرب فرصة؟ |
| CS1: At the soonest opportunity? I can't tell you. He might tell me, "Tomorrow we are coming"... Like that! | م س1: أقرب فرصة؟ بقدرش احكيلك هلق بجوز يقلي بكره هلق جايين ها هيك |
| Al Ghazi: And so it is? | الغزي: هيك يعني الحال؟ |
| CS1: Sure | م س1: أبدا |
| Al Ghazi: From now to Sunday, something might be cleared? | الغزي: من هون، من هون للأحد بيبين شي؟ |
| CS1: God's will it would be cleared today. | م س1: إنشا لله بيبين اليوم |
| Al Ghazi: God's will, this week, you would be with us? God's will? | الغزي: إنشاالله يعني هالاسبوع بتكون عنا إنشاالله؟ |
| CS1: God's will; and I am more enthusiastic than you, and having that urge. I swear on my honor. | م س1: إنشالله وأنا والله متحمس أكثر منك ومشتاق بشرفي |
| Al Ghazi: We feel deeper than you, come and stay for a week.... | الغزي: والله نحنا بالاكثر تعالى قعدلك أسبوع.. |
| CS1: What is Abu Munawwar's news? | م س1: شو أخبار أبو منوّر؟ |
| Al Ghazi: Good, thank God. | الغزي: منيح الحمد لله |
| CS1: Do you speak with him? | م س1: بتحكي معاه؟ |
| Al Ghazi: Yes, always. | الغزي: إيه دايما |
| CS1: I mean, daily? | م س1: يعني يومي؟ |
| Al Ghazi: Daily, yes. | الغزي: يومي، إيه |
| CS1: OK OK, tell him that Samir told me this this this...; and tell him that he also must be a little more patient. | م س1: اوكيه، قل له اوكيه. قل له سمير حكى معانا هيك هيك هيك. يعني هوه كمان خليه يطول باله شوي. |
| Al Ghazi: He is patient but you know the circumstances... | الغزي: هلق مطوّل هو باله بس أنت بتعرف الظروف |
| CS1: No, I don't want to hear about the circumstances, Tariq. We are almost there. Forget the circumstances. | م س1: لا لا لا بديش الظروف. طارق، وصلت اللقمة للتم. اتركك من الظروف |
| Al Ghazi: We are, but they must hurry up. That's what is meant. This is what I meant because we promised them. That's it. | الغزي: ما أنا تاركين بس لازم يعجلو يعني هادا القصد هادا القصد مشان وعدناهم هادا |
| CS1: Ok brother | م س1: اوكيه يا أخي |
| Al Ghazi: You understand what I'm saying? | الغزي: إنت فهمان علي؟ |
| CS1: Ok my dear | م س1: اوكيه حبيبي |
| Al Ghazi: Is there anything that you want me to tell to Abu Ali? | الغزي: وفي شي لأبو علي بدك تقللو؟ |

| | |
|---|---|
| CS1: No, just send my regards, and kiss him for me. | م س1: لأ بس سلملي عليه بوسلي ياه |
| Al Ghazi: Bless you, and the… the beautiful jacket? | الغزي: سلم، والـ والـ الجاكيت الحلو؟ |
| CS1: Yes, the beautiful jacket, as soon as I arrive. | م س1: الجاكيت الحلو بس أجي إنشالله |
| Al Ghazi: God willing, you will bring it with you? And the good news? | الغزي: إنشالله يعني بتجيبلو ياه معك؟ والـ والأخبار الكويسه؟ |
| CS1: God willing, good news. | م س1: إنشالله أخبار كويسه |
| Al Ghazi: OK | الغزي: إيه يالله |
| CS1: OK brother. | م س1: اوكيه يا أخي |
| Al Ghazi: My dear, till we meet. | الغزي: حبيبي إلى اللقاء |
| CS1: Bless you, bless you.. | م س1: تسلم تسلم يا أخي |
| Al Ghazi: I got it, God preserve you. | الغزي: وصل الله يخليك. |