# EXHIBIT F

## DRAFT TRANSCRIPT

| | |
|---|---|
| CASE: | UNITED STATES v. MONZER AL KASSAR et al. |
| CALL NO.: | N-85, CALL 1 |
| TIME: | 4:00 PM |
| DATE: | MAY 10, 2007 |
| TEL. NO.: | 34 61 0477692 |
| PARTICIPANTS: | MONZER AL KASSAR<br>FELIPE MORENO<br>CONFIDENTIAL SOURCE |
| ABBREVIATIONS: | [U/I] = Unintelligible in English<br>[I/I] = Unintelligible in Spanish<br>[PH] = Phonetic Spelling<br>// = Voices Overlap |

[Translator's Note: words spoken in English in the original conversation have been italicized; Mr. Al Kassar is not a native speaker of Spanish and his portions of the conversation have been translated into standard English for purposes of clarity.]

| | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|
| | [The telephone rings] | [Timbra el teléfono] |
| MORENO | Hello. | Aló. Aló. |
| CS | Hello. | Aló. |
| MORENO | Hello. | Aló. |
| CS | Hello. | Aló. |
| MORENO | [U/I]. Hello. | [I/I]. Aló. |
| CS | Hi, how are you doing? | Hola ¿cómo estás? |

1

3780

| | | | |
|---|---|---|---|
| MORENO | Fine, buddy. How are you? | Bien, hermano. ¿Cómo estás tú? |
| CS | Fine, fine. How are things going? | Bien, bien. ¿Cómo están las cosas? |
| MORENO | Fine, everything's good. Quiet, nothing new. | Bien, todo bien. Tranquilo, sin novedad. |
| CS | Nothing new. | Sin novedad. |
| MORENO | We're over here at the... on the trip with our other friend. Everything's good. | Estamos aquí en el... de viaje con el otro amigo. Todo bien. |
| CS | Everything's good, OK. Is he there with you? I... I wanted to run some things by him. | Todo bien, OK. ¿Él está allí contigo para... decirle unas cositas? |
| MORENO | All right. Talk to him. *Bye*. [in the background: He wants to talk to you.] | Vale. Habla con él. *Bye* [al fondo: Quiere hablar contigo.] |
| CS | OK. | OK. |
| AL KASSAR | Hello, little buddy. | Hola, hermanito. |
| CS | Hi, how are you doing? | Hola, ¿cómo estás? |
| AL KASSAR | Fine. And you, how are you doing? | Bien. ¿Usted, cómo estás? |
| CS | I'm here, I have a little problem, but... but I'm trying to... // | Aquí, con un poquito de problemita, pero... pero tratando de... // |
| AL KASSAR | Right... prob... What kind of little problem? | Sí... prob... ¿Qué... qué tipo de problemita? |
| CS | Uh... that friend I had in Nicaragua and the one who was giving me the papers, got... got fired. | Eh... el amigo que tenía en Nicaragua y que me daba los papeles, lo... lo despidieron. |

2

3781

| | | |
|---|---|---|
| AL KASSAR | Oh. Why? | Ah. ¿Por qué? |
| CS | Well, you know there was a change in the administration. Noriega is the new president now. | Bueno, tú sabes que cambió el gobierno. Noriega ahora es el nuevo presidente. |
| AL KASSAR | Uh huh. So now what? | Ajá. Entonces, ¿qué? |
| CS | I was calling you because you had told me that you could also help me with that. I wanted to know whether... // | Te estaba llamando que tú me dijiste que tú también me podías ayudar con eso. A ver si... // |
| AL KASSAR | // Yeah, I could [do that], too [U/I] take delivery, of course. | // Sí, yo puede también [I/I] puede recibir, cómo no. |
| CS | So how much would it cost so... so they could send you money for that as well? | ¿Cuánto cuesta para... para que te manden dinero para eso también? |
| AL KASSAR | Uh... it depends on the amount. It depends on whether [U/I]. For the rest of it? | Eh... depende de la cantidad. Depende que eso [U/I]. ¿Por el resto? |
| CS | Yeah, for the rest of it. | Sí, por el resto. |
| AL KASSAR | For the rest of it. Yeah, uh, he usually... listen, they usually charge about twenty percent of the total value. | Por el resto. Sí, eh, él normal... oye, normalmente ellos cobre como veinte percente del total del valor. |
| CS | OK. Twenty per... // | OK. Veinte por... // |
| AL KASSAR | // Listen. | // Oiga. |
| CS | Uh huh. | Ajá. |
| | [pause] | [pausa] |
| CS | Yeah, I'm listening. | Sí, te oigo. |

3

3782

| | | |
|---|---|---|
| AL KASSAR | I could negotiate with them to lower it to fifteen or so, down to fifteen or so is what I could... So fifteen would be possible... if they/he can't come down to fifteen, you ask for more. And if not, twenty. | Yo puede negociar con ellos para bajar hasta la quince por allí, hasta el quince por allí se puede... Entonces, quince se puede... si no se puede llegar hasta el quince, te busca más. O si no, el veinte. |
| CS | OK. | OK. |
| AL KASSAR | Between fifteen and twenty. | Entre el quince y el veinte. |
| CS | Between fifteen and twenty. So let's do this then... I'm going to work on the... the numbers and I'm going to tell Spirit [PH] to send you... to send you the... // | Entre el quince y veinte. Hagamos entonces... Voy a hacer los... los números y le voy a decir a Spirit [PH] que te ponga... que te ponga el... // |
| AL KASSAR | // All right. | // Vale. |
| CS | // ... the rest there, OK? [there is a brief pause] Hello? | // ... el resto allí, ¿OK? [pausa breve] ¿Aló? |
| | [The call gets cut off] | [Se corta la llamada] |
| CS | *The call that I make was to Monzer and Felipe. The time is 4:00 PM and the telephone is 34 61 0477692 and the date is 5.10.2007.* | *The call that I make was to Monzer and Felipe. The time is 4:00 PM and the telephone is 34 61 0477692 and the date is 5.10.2007.* |

4

3783

# DRAFT TRANSCRIPT

| | |
|---|---|
| CASE: | UNITED STATES v. MONZER AL KASSAR et al. |
| CALL NO.: | N-85, CALL 2 |
| TIME: | 4:15 PM |
| DATE: | MAY 10, 2007 |
| TEL. NO.: | 34 61 0477692 |
| PARTICIPANTS: | MONZER AL KASSAR<br>CS |
| ABBREVIATIONS: | [U/I] = Unintelligible in English<br>[I/I] = Unintelligible in Spanish<br>[PH] = Phonetic Spelling<br>// = Voices Overlap |

[Translator's Note: words spoken in English in the original conversation have been italicized; Mr. Al Kassar is not a native speaker of Spanish and his portions of the conversation have been translated into standard English for purposes of clarity.]

| | ENGLISH TRANSLATION | ORIGINAL LANGUAGE |
|---|---|---|
| | [The telephone rings] | [Timbra el teléfono] |
| AL KASSAR | Hello. | Hola. |
| CS | Oh, hello, the call got dropped. | Ah, hola, se me cayó la llamada. |
| AL KASSAR | Hello, yeah... yeah, all right, what's going on? | Hola, sí... sí, vale, dime. |
| CS | OK, so, so, uh, when are you going to find out whether it's going to be fifteen or twenty | OK, no, entonces, eh, ¿cuándo sabes tú si es el quince o el veinte por ciento |

1

3784

|  |  |  |
|---|---|---|
|  | percent so I can...? When will you have an answer for me? | para yo...? ¿Cuándo me tienes una respuesta? |
| AL KASSAR | Listen, listen... no, no, no. I... I... I just got back... I'm saying, I'm going... if I don't have... if I don't have the money in my hands, I can't negotiate with them, do you understand? | Oye, oye... no, no, no. Yo... yo... yo vine ahora... puede decir, yo vad... si no te... si yo no tengo dinero en mis manos, no puede negociar con ellos, ¿vale? |
| CS | No, no... I know. OK. So, but did you get the...? // | No, no... yo sé. OK. No, ¿tú ya recibiste ese....? // |
| AL KASSAR | // But I don't have the money. Once I... have the money in my hands, that's a different story, but if... twenty the most, they'll be able to... I would be able to make an approach to these people once I have the money in my hands, do you understand what I'm saying? | // Si yo no tengo dinero. Cuando yo... tengo dinero en las manos, es otra cosa, pero si... máximo veinte, ellos puede... puede llegar al gente cuando tengo dinero en mis manos con ellos, ¿sabes? |
| CS | *All right*, OK. Let's not talk about this anymore. We'll leave it at that. | *All right, OK.* No hablemos más entonces. Así quedamos. |
| AL KASSAR | All right, so, what... what do we do now? | Vale, entonces, ¿qué... qué hacemos ahora? |
| CS | Nothing, I'll... they'll just keep sending you the rest of the money. I... I talked to, uh... to that friend of mine who you met... // | Nada, yo te... que te sigan mandando el resto del dinero. Yo... yo hablé con, uh... con el amigo que tú conociste... // |
| AL KASSAR | // But, really... // | // Pero muy... // |
| CS | // and he told me that he's going to be... // | // y me dijo que él te está... // |

2

3785

| | | |
|---|---|---|
| AL KASSAR | // Right, right. | // Sí, sí. |
| CS | // sending you the rest of the money. | //... mandando el resto del dinero. |
| AL KASSAR | All right. OK, so look, I don't know, so we're not going to be getting the... the... the certificate, right? | Vale. Entonces, mira, no sé, nosotros no va a tener la... la... la certificado, ¿no? |
| CS | No. No. | No. No. |
| AL KASSAR | The second one. Not the second one, right? You're sure we're... // | La segunda. ¿La segunda, no? Seguro que... // |
| CS | // No, not the second one because my... my friend doesn't work there anymore. Ortega... // | // No, la segunda, no, porque de... el amigo ya no trabaja allí. Lo... // |
| AL KASSAR | // All right. | // Vale. |
| CS | // ... Ortega removed him from that position. | // ...lo sacó Ortega de... del puesto. |
| AL KASSAR | All right, all right, all right. So, [U/I] what... So, what are we going to do now? Tell me. | Vale, vale, vale. Entonces, [I/I] qué... Entonces, ¿qué hacemos? Dime ahora. |
| CS | Nothing, let's go forward just like we have been. I'll... you'll keep getting the money so you can do everything. | Nada, sigamos adelante como lo que estábamos. Yo te... que te sigan mandando dinero para poder hacer todo. |
| AL KASSAR | So when will I know about that so I can... so I can... so... because of the time factor, do you understand what I'm saying? | ¿Y cuándo puede saber eso para... para ver... para... por el tiempo, sabes? |

3

3786

| | | | |
|---|---|---|---|
| CS | | Yeah, I realize that it's the time factor. You're... I'm... I'm going to give my friend a call right now so he'll... so he'll... // | Sí, yo sé que es por el tiempo. Te van a... yo... yo voy a llamar ahorita al amigo que te... que se... // |
| AL KASSAR | | // OK. | // Sí. |
| CS | | // ... so he'll get moving on sending you the rest, as quickly as possible. | //... que se apresure a mandarte el resto, lo más rápido posible. |
| AL KASSAR | | All right, so then it's more likely... so, uh... we'll just wait until that gets here in order to... No, I'm... I'm going to... to do something for sure, but I can't do anything without the money. | Vale, entonces es más posible... entonces, eh... ahora esperamos hasta que llegue eso para... No, yo... voy a... a hacer algo... ha... ha... hacer algo seguro, pero sin dinero no puede hacer nada. |
| CS | | No, no, I... they're going to keep sending you the rest. And I'm going to let him know that he should... that he should... that he should get moving on sending it to you... // | No, no, yo... que te sigan mándando el resto. Yo le voy a decir a él que te... que te... que te... que se apresure en enviártelo... // |
| AL KASSAR | | // But... all right, look, buddy... buddy, this is going really slowly because up until now... do you know how much has arrived? Do you know? Nothing has arrived... // | // Pero... sí, mire, hermano... hermano, eso es muy lento porque hasta hoy... tú sabes cuánto llegó, ¿sabes? No llegó nada... // |
| CS | | // No... no... // | // No... No se... // |
| AL KASSAR | | // ... so I can't... the guy's with me right now, the captain is with me and... he came over to... to pick up his | // ...entonces, no puede... ahora el hombre conmigo, el capitán está conmigo que... él vino para... para recoger |

4

3787

| | | |
|---|---|---|
| | money. I don't have anything to pay him with, do you understand what I'm saying? | su dinero. No tiene nada para pagarlo, ¿sabes? |
| CS | No, I thought they had sent more to you today. | No, yo pensé que te habían mandado hoy más. |
| AL KASSAR | No, no, no, not yet... we haven't received [U/I] hardly anything. You know how much we've received. | No, no, no, todavía no... no recibimos [I/I] casi nada. Tú sabes cuánto recibimos. |
| CS | Well, I don't... I don't know how much you've received, but... but let me make a call and find out how much they sent you just so in your mind it's [U/I]... // | Bueno, no... no sé cuánto ha recibido, pero... pero déjame llamar y averiguar cuánto te mandaron para que te sea [I/I]... // |
| AL KASSAR | // I... I... I can tell you how much, I can, how much he sent me. In... in... dollars [U/I] four hundred in dollars, almost [U/I]. | // Yo... yo... yo puedo decirte cuánto, sí, me mandó. En... en... dólares [I/I] cuatro cientos en dólares, [I/I] casi. |
| CS | Oh, that's really strange. Let me give that guy a call and I'll call you back. If I don't call you today... // | Oh, qué raro. Déjame hablarle a éste y yo te vuelvo a llamar. Si no te llamo hoy... // |
| AL KASSAR | // He promised... he promised... he promised... I talked to him. He promised he would send five hundred, uh... the... or *dollars*, that's what he agreed to send, uh, five hundred. But that's a really... that's a really small amount, too little to... finalize, uh... quickly. | // Él promete... él promete... él promete... yo habló con él. Promete que él va a mandar quinientos, eh... el... o *dollars*, quedó para mandar, eh... quinientas. Está bien... eso está bien poco, muy poco para... terminar, eh... rápido. |
| CS | OK, OK. Let me talk to him, because... because... | Sí, sí. Déjame hablar con él, que... que... que... // |

5

3788

| | | | |
|---|---|---|---|
| | | because... // | |
| AL KASSAR | | // Talk to him... Look, so I'm going to... don't forget that I'm thinking about taking a trip to that country soon. Tomorrow I'm going to confirm everything. I [U/I] to pay them and... [U/I] here to confirm the contract, all right? | // Habla con él... Mire, entonces, yo para... vamos yo pensando que yo viajo ahora a este país. Yo mañana va a conformar todo. Yo [I/I] para pagarlos que... [I/I] aquí para conformar el contrato, ¿sabes? |
| CS | | OK. Let me... let me... // | OK. Déjame... déjame... // |
| AL KASSAR | | // But I'm going... I made a promise... I made a promise... I was with them the entire afternoon. And I made a promise that as soon... that I would be leaving on Saturday, go back there, and then as of Monday, I would be sending him more. So let's see what happens with you then. | // Pero yo va... prometes... yo prometes... yo estuve con ellos todo la tarde. Y promete que ap... que yo viaje el sábado, vuelve allí, a partir del lunes, yo voy a mandarlo más. Vamos a ver qué pasa contigo, entonces. |
| CS | | OK. OK. | OK. OK. |
| AL KASSAR | | And we're also trying to set up a, uh... a... a... a set date for the transportation [U/I], but... [U/I] we have a problem with the transportation. | Y también estamos haciendo el fijo, eh... un... un... una fecha fija para el transporte [I/I], sino... [I/I] tenemos el problema para el transporte. |
| CS | | Yeah, yeah. I know we have that problem with the transportation. Let me talk to my friend so he'll... so he'll send... let me... let me tell him to send... to... to give me an exact date, when we're going to have everything in... | Sí, sí. Yo sé que tenemos ese problema con el transporte. Déjame hablar con este amigo y que... y que te en... déjame... déjame decirle a él que te... que... que me diga fecha exacta, cuándo vamos a tener todo |

6

3789

| | | |
|---|---|---|
| | in your account. | en... en tu cuenta. |
| AL KASSAR | All right. So then, I'll [U/I]... to... so I can set a date with those people, all right? | Vale. Entonces, yo [I/I]... para... puede fijar fecha con la gente, ¿sabes? |
| CS | Yeah, I know we need a... // | Sí, yo sé que necesitamos una... // |
| AL KASSAR | // ... I don't doubt [U/I] everything, in good faith, everything... we're really confident now, but I'm really interested in knowing what the plan is. How, uh... should we delay it, should we not delay it? And we don't know that right now, do we? We have another possibility right now of working with another, uh... provider as well. | // ... no tengo duda [I/I] todo, de buena fe, todo... tenemos mucha confianza ahora, pero todo para saber el programa. ¿Cómo, eh... atrasarlo, no atrasarlo? No sabemos ahora, ¿sí? Tenemos ahora para trabajar con otro, eh... servididor [sic] también. |
| CS | Yeah, but... // | Sí, no... // |
| AL KASSAR | // But for him we also need... as soon as possible so we can work. So then, I could also start it now and get a, uh... so tell me by when you'll be able to send the money so I can go there with the [U/I]. | // Pero éste también, necesitamos... lo más rápido posible para trabajar. Entonces, yo también puede empezarlo ahora para conseguir una, eh... y dime cuándo puede mandar dinero para yo ir allá con el [I/I]. |
| CS | OK. Let me talk to him and I'll give you a call tomorrow. All right? | OK. Déjame hablar con él y yo te llamo mañana. ¿Vale? |
| AL KASSAR | Call me tomorrow, please. | Llámame mañana, por favor. |
| CS | OK. | OK. |
| AL KASSAR | Please... give me a call tomorrow so I'll know what | Por... llámame mañana para saber qué... el plano, ¿vale? |

7

3790

|   |   |   |
|---|---|---|
|   | the... plan is, all right? |   |
| CS | OK. | OK. |
| AL KASSAR | So we know where we are and what's going to happen, all right? | Para sabemos dónde estamos y qué va a pasar, ¿vale? |
| CS | OK, all right. Take good care of yourself. | OK, vale. Cuidate mucho. |
| AL KASSAR | So this is something really good. Something that I thought was good was, uh... for us to talk openly and for you to say that you couldn't get it right now, and you/it stopped. Just let me know concrete details now so we can work, but we're also going to need something in order to be able to do it. | Una cosa que ese es muy buena. Una cosa que fue muy, eh... francadamente [sic] hablando que tú no puede conseguirla ahora, pare. Fíjame ahora para trabajar, pero también necesitamos algo para hacerlo. |
| CS | Right, I know. I know. I... that's what I'm going to do now. Have them... have them... // | No, yo sé. Yo sé. Yo... eso es lo que voy a hacer ahora. Que te... que te... // |
| AL KASSAR | // All right. | // Vale. |
| CS | // ... send you the most they can. | // ... que te envíe lo máximo posible. |
| AL KASSAR | Call me tomorrow... tell me... tell me exactly what... what you can do so I can make plans for my future as well. | Llámame mañana... dime... dime exacto qué... qué puede hacer para yo plantear mi futuro también. |
| CS | OK, perfect. | OK, perfecto. |
| AL KASSAR | OK, take care, huh? Take care. // | OK, cuidate, ¿ah? Un abrazo. // |

8

3791

| | | |
|---|---|---|
| CS | // OK, take good care of yourself. OK. | // OK, cuidate mucho. OK. |
| AL KASSAR | Thanks, thanks. | Gracias, gracias. |
| CS | Bye. | Bye. |
| AL KASSAR | Bye, bye, bye. | Chao. Chao, chao. |
| | [END OF THE CONVERSATION] | [FIN DE LA CONVERSACIÓN] |
| CS | *The call that I make was to Monzer and the time is 4:15 PM and the date is 5.10.2007. The telephone number is 34 61 0477692.* | *The call that I make was to Monzer and the time is 4:15 PM and the date is 5.10.2007. The telephone number is 34 61 0477692.* |

9

3792