# EXHIBIT C

## DRAFT TRANSCRIPT

| | |
|---|---|
| CASE: | UNITED STATES v. MONZER AL KASSAR et al. |
| REC. NO.: | LIVE MEET/N45 - VIDEO CLIP 4 OF 16 |
| TIME: | |
| DATE: | MARCH 26, 2007 |
| TEL. NO.: | LIVE MEET |
| PARTICIPANTS: | CONFIDENTIAL SOURCE 1 (CS 1) |
| | CONFIDENTIAL SOURCE 2 (CS 2) |
| | CONFIDENTIAL SOURCE 3 (CS 3) |
| | MONZER AL KASSAR |
| | FELIPE MORENO |
| | TARIQ AL GHAZI |
| | UNIDENTIFIED MALE (UM) |
| | UNIDENTIFIED FEMALE (UF) |
| ABBREVIATIONS: | [U/I] = Unintelligible in English |
| | [I/I] = Unintelligible in Spanish |
| | [PH] = Phonetic Spelling |
| | // = Voices Overlap |

[Translator's Note: words spoken in English in the original conversation have been italicized; some of the participants are not native speakers of Spanish, English or Italian, and those portions of the conversation have been translated into standard English for purposes of clarity]

| Time stamp 00:19:37 | | |
|---|---|---|
| AL KASSAR | If you want to go now, there's one in [U/I], do you know where that is? | Si tú quieres ir ahora, hay aquí hay en [I/I]; ¿tú sabes dónde es? |
| MORENO | Right down at the water's edge. I'll show him [U/I]. | Ahí en el puerto mismo. Yo le muestro [I/I]. |
| AL KASSAR | *OK*, show it to him so he can go in and do it. | *OK*, le muestro ahí para entrar y hacerlo. |
| MORENO | // [U/I] at the port. | // [I/I] del puerto. |
| | [brief pause] | [pausa breve] |
| | [footsteps in the background] | [pasos en el fondo] |
| CS 2 | You know, the Americans are bringing... they just brought those... those... those, uh the Apaches into Colombia. | Es que los americanos están llevando... llevaron ahora a... a Colombia los... los... estos, eh... los Apaches. |
| AL KASSAR | [U/I]. | [I/I]. |
| CS 3 | [U/I]. | [I/I]. |
| CS 2 | And they're... they're making attacks. That's why we want to start to... to... to kill all of them. [he laughs] | Y están... y están atacando. Entonces queremos comenzarlos a... a... a matar a todos esos. [se ríe]. |
| CS 3 | We have to hit them hard. | Hay que darles duro. |
| CS 2 | And kill all of those Americans that are bringing in those Apaches... // | Y matar a todos americanos, que están llevando Apaches... // |
| AL KASSAR | And look at what's going on in Iraq. | Y mira qué pasa en Irak. |

| CS 2 | They just took... // | Se acaban de llevar... // |
| CS 3 | Oh, but in Iraq they're... oh! | Ah, pero es en Irak que están... ¡ah! |
| CS 2 | And they're scared in Iraq. | Pero en Irak están asustados. |
|  | [laughter and unintelligible voices] | [risas y voces ininteligibles] |
| AL KASSAR | That's right. | Claro. |
| CS 2 | That's what we want to do over there.  Right now we, uh... they brought... | Eso es lo que nosotros queremos hacer allá. Ahorita nosotros, eh... se llevaron... |
| CS 1 | [00:20:23, comment in **Arabic** in the background] | [00:20:23, comment in **Arabic** in the background] |
| CS 2 | // ... we made an agreement with the Colombian government, and... and... and we were going to make a truce, but then they weren't supposed to extradite any of the... the FARC commanders. | // ...hicimos un trato con el gobierno colombiano, que... que... que íbamos a hacer una... una tregua, pero que no se tenían que extraditar ningún comandante de... de las FARC. |
| AL KASSAR | // Out of the country, uh huh, of the FARC. | // Del país, ajá, de las FARC. |
| CS 2 | But now... // | Y entonces... // |
| MORENO | // They are taking them away. | // Se los están llevando. |
| CS 2 | What does a FARC commander do? | ¿Qué hace un jefe de las FARC? |
| AL KASSAR | *Who are...?* | *Who are...?* |
| CS 2 | Two... | Dos... |
| AL KASSAR | Uh huh, there are two. | Ajá, hay dos. |