UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,                    ORDER

-against-

                                                    S3 07 CR 354 (JSR)

MONZER AL KASSAR, a/k/a "Abu Munawar,"
a/k/a "El Taous, TAREQ MOUSA AL GHAZI
and LUIS FELIPE MORENO GODOY,

                Defendants.
------------------------------------------------------------X

        UPON DUE CONSIDERATION IT IS HEREBY ORDERED:

        That in connection with his representation in the above captioned case, Ira L. Sorkin be permitted to bring his ~~Blackberry device~~ [cell phone] into the U.S. Courthouse at 500 Pearl Street.

SO ORDERED:

_____
Jed S. Rakoff, U.S.D.J.

8-5-08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-5-08

00167627.WPD;1