UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
UNITED STATES OF AMERICA                :
                                        :
  -against-                            :  Hon. Jed S. Rakoff
                                        :
MONZER AL KASSAR,                       :  S3 07 Cr. 354 (JSR)
TAREQ MOUSA AL GHAZI, and               :
LUIS FELIPE MORENO GODOY                :
                                        :
                Defendants.        :
------------------------------------------------------------------ X

### NOTICE OF MOTION FOR RECONSIDERATION OF THE COURT'S OPINION AND ORDER DENYING DEFENDANTS' MOTION FOR RULE 15 DEPOSITIONS

PLEASE TAKE NOTICE, that on behalf of defendants Monzer Al Kassar, Tareq Mousa Al Ghazi, and Luis Felipe Moreno Godoy (collectively, "Defendants"), the undersigned counsel respectfully: (a) moves this Court to reconsider and vacate its August 18, 2008 Opinion and Order, and permit Defendants to take a videotaped deposition in Spain of Inspector Jose M. Villarejo pursuant to Rule 15 of the Federal Rules of Criminal Procedure; and, alternatively, (b) requests an opportunity to argue orally the motion at a session to be held before the Honorable Jed S. Rakoff, at the Moynihan Federal Courthouse, located at 500 Pearl Street, New York, New York, on a date and time to be determined by the Court,.

Dated: New York, New York
August 20, 2008

          Respectfully submitted,

          DICKSTEIN SHAPIRO, LLP

By: _____

          Ira Lee Sorkin
          Nicole DeBello
          Elliott Z. Stein
          *Attorneys for Monzer Al Kassar*
          1177 Avenue of the Americas
          New York, New York 10036
          Tel. (212) 277-6500
          Fax (212) 277-6501

CERTIFICATE OF SERVICE

    I, Elliott Z. Stein, an attorney, hereby certify that on August 20, 2008, I caused to be electronically filed Defendants' Motion for Reconsideration of the Court's Opinion and Order Denying Defendants' Motion for Rule 15 Depositions, and supporting Memorandum of Law, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

    Marc A. Agnifilo
    Brafman & Associates, P.C.
    767 Third Avenue
    New York, New York 10017

    Roger L. Stavis
    Gallet Dreyer & Berkey LLP
    845 Third Avenue, 8th Floor
    New York, New York 10022

    Leslie C. Brown
    Boyd M. Johnson
    Brendan R. McGuire
    Assistant United States Attorneys
    Southern District of New York
    One Saint Andrew's Plaza
    New York, New York 10007

Respectfully submitted,

Elliott Z. Stein

DOCSNY-324444v01