UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-　　　　　　　　　　　　　　S3 07 CR. 354 (JSR)

MONZER AL KASSAR,
TAREQ MOUSA AL GHAZI, and
LUIS FELIPE MORENO GODOY,

             Defendants.

--------------------------------------------------------X

# PRE-SENTENCE MEMORANDUM
# ON BEHALF OF DEFENDANT MORENO GODOY

**GALLET DREYER & BERKEY, LLP**
Attorneys for Defendant
Luis Felipe Moreno Godoy
845 Third Avenue, 8th Floor
New York, New York 10022
(212) 935-3131